Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JAI GINN, a single woman,

Plaintiff,

v.

CITY OF BELLINGHAM, a municipal Corporation; MANNIX MCDONNELL, SCOTT FARLOW, JEFFREY BRUBAKER, MATTHEW COOK, HUNTER ELLIOTT, STEVE LARSON, KRISTIA PESCHKA, MICAH QUINTRALL, DERIK SCOTT, OLIVIA SUND, AARON WOLVEN; MARVIN A. WAYNE, M.D.

Defendants.

NO. 2:19-cv-01204-RSL

STIPULATION AND ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR MARVIN A. WAYNE, M.D.

**STIPULATION**

Pursuant to LCR 83.2(b), the parties to this action, by and through their undersigned counsel of record, hereby stipulate to the withdrawal and substitution of counsel for Defendant, Marvin A. Wayne, M.D. Effective upon entry of the stipulated Order, Patricia D. Todd and the Office of the Attorney General will be deemed to have withdrawn and Eric P. Gillett and Molly

STIPULATION AND ORDER FOR WITHDRAWAL AND
SUBSTITUTION OF COUNSEL FOR MARVIN A.
WAYNE, M.D. - 1
10850-0003 5594419.docx
Case No. 2:19-cv-01204-RSL

PREG O'DONNELL & GILLETT PLLC
901 FIFTH AVE., SUITE 3400
SEATTLE, WASHINGTON 98164-2026
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113

1  Farr Kosten of Preg O'Donnell & Gillett has be substituted as counsel of record for Defendant
2  Marvin A. Wayne, M.D.
3       Upon entry of the stipulated Order, all future pleadings and papers directed to Defendant,
4  Marvin A. Wayne, M.D. shall be served on Eric P. Gillett and Molly Farr Kosten of Preg
5  O'Donnell & Gillett at the following address:
6       Eric P. Gillett
7       Molly Farr Kosten
        Preg O'Donnell & Gillett
8       901 Fifth Avenue, Suite 3400
        Seattle, WA 98164
9       egillett@pregodonnell.com
10      mkosten@pregodonnell.com

11      DATED this 24th day of October, 2019.

12  ROBERT W. FERGUSON
    Attorney General
13
14  By_____
        Patricia D. Todd, WSBA #38074
15  Withdrawing Counsel
16

17  PREG O'DONNELL & GILLETT PLLC
18
19  By_____
        Eric P. Gillett, WSBA #23691
20      Molly Farr Kosten, WSBA #25385
    Substituted Counsel for Marvin A. Wayne, M.D.
21

22  THE RUSING FIRM
23
24  By_____
        Christopher M. Rusing, WSBA #31196
25  Counsel for Plaintiff

STIPULATION AND ORDER FOR WITHDRAWAL AND
SUBSTITUTION OF COUNSEL FOR MARVIN A.
WAYNE, M.D. - 2
10850-0003 5594419.docx
Case No. 2:19-cv-01204-RSL

PREG O'DONNELL & GILLETT PLLC
901 FIFTH AVE., SUITE 3400
SEATTLE, WASHINGTON 98164-2026
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113

```
1  CITY OF BELLINGHAM
2
   By_____/s/_____
3     Shane Brady, WSBA #34003
4     Counsel for Defendant City of Bellingham

5
   FAIN ANDERSON VANDERHOEF ROSENDAHL
6  O'HALLORAN SPILLANE, PLLC

7
   By_____
8     Ketia Berry Wick, WSBA #27219
      Counsel for Defendants Mannix McDonnell,
9     Scott Farlow, Jeffrey Brubaker, Mathew Cook,
10    Hunter Elliott, Steve Larson, Kristia Peschka,
      Micah Quintrall, Derik Scott, Olivia Sund, Aaron Wolven
11
12                           ORDER
13
       IT IS SO ORDERED.
14
15     DATED this _____ day of October, 2019.
16
17                                 _____
                                   Honorable Robert S. Lasnik
18
```

STIPULATION AND ORDER FOR WITHDRAWAL AND
SUBSTITUTION OF COUNSEL FOR MARVIN A.
WAYNE, M.D. - 3
10850-0003 5594419.docx
Case No. 2:19-cv-01204-RSL

PREG O'DONNELL & GILLETT PLLC
901 FIFTH AVE., SUITE 3400
SEATTLE, WASHINGTON 98164-2026
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113

1  CITY OF BELLINGHAM

3  By_____
    Shane Brady, WSBA #34003
4  Counsel for Defendant City of Bellingham

6  FAIN ANDERSON VANDERHOEF ROSENDAHL
   O'HALLORAN SPILLANE, PLLC

8  *s/Ketia Berry Wick*
   Ketia Berry Wick, WSBA #27219
9  Counsel for Defendants Mannix McDonnell,
   Scott Farlow, Jeffrey Brubaker, Mathew Cook,
10 Hunter Elliott, Steve Larson, Kristia Peschka,
   Micah Quintrall, Derik Scott, Olivia Sund, Aaron Wolven

## ORDER

IT IS SO ORDERED.

DATED this 25th day of October, 2019.

_____
Honorable Robert S. Lasnik

STIPULATION AND ORDER FOR WITHDRAWAL AND
SUBSTITUTION OF COUNSEL FOR MARVIN A.
WAYNE, M.D. - 3
10850-0003 5594419.docx
Case No. 2:19-cv-01204-RSL

PREG O'DONNELL & GILLETT PLLC
901 FIFTH AVE., SUITE 3400
SEATTLE, WASHINGTON 98164-2026
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113